NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TOTOLO/KING JOINT VENTURE,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2010-5037

---

Appeal from the United States Court of Federal Claims in Case No. 09-CV-104, Judge Christine O.C. Miller.

---

## ORDER

Upon consideration of this court's September 9, 2010 order denying Totolo/King's motion for abatement and the government's motion to dismiss,

IT IS ORDERED THAT:

Totolo/King's opening brief is due within 14 days of the date of filing of this order.

FOR THE COURT

**SEP 1 0 2010**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: James Edward Krause, Esq.
John S. Groat, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 1 0 2010

**JAN HORBALY
CLERK**